

IN THE
TENTH COURT OF APPEALS

No. 10-09-00269-CV

IN THE INTEREST OF J.J.C., A CHILD

AND

10-09-00270-CV

IN THE INTEREST OF A.M.C., A CHILD

From the 74th District Court
McLennan County, Texas
Trial Court Nos. 2008-2035-3 and 2008-2350-3

## MEMORANDUM  OPINION

The trial court rendered a judgment terminating the parent-child relationship between Laura and her children, J.J.C. and A.M.C.  *See* TEX. FAM. CODE ANN. § 161.001 (Vernon 2009).  We previously abated these appeals for the trial court to determine whether the children that are the subjects of this suit are Indian children as defined by the Indian Child Welfare Act.  *See In the Interest of J.J.C. & In the Interest of A.M.C.*, Nos. 10-09-00269-CV & 10-09-00270-CV, 2009 Tex. App. LEXIS 9826 (Tex. App.—Waco Dec. 30, 2009, order).  These proceedings are now reinstated.  In the abatement order, we

stated that if the trial court determines that the children are Indian children, we will issue judgments that reverse the judgments of termination and remand these causes to the trial court for further proceedings. Laura has submitted to this Court an order in which the trial court has determined that the children are Indian children with a motion to adopt those findings. We reverse the judgments of termination of J.J.C. and A.M.C. and remand these causes to the trial court for further proceedings. Laura's motion is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Reversed and remanded
Opinion delivered and filed April 7, 2010
[CV06]